# UNITED STATES DISTRICT COURT
for the

EZ Tankless, Inc, a Wyoming Corporation, )
*Plaintiff* )
v. ) Case No. 4:20-CV-00062-TLS-JEM
Noritz America Corporation, a California Corporation, )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Noritz America Corporation, Defendant   .

Date:   08/28/2020

/s/ Margaret Hayes
*Attorney's signature*

Margaret Hayes (43051-10)
*Printed name and bar number*
PERKINS COIE LLP
1201 Third Avenue
Suite No. 4900
Seattle, Washington 98101-3099

*Address*

MHayes@perkinscoie.com
*E-mail address*

(206) 359-8842
*Telephone number*

(206) 359-9842
*FAX number*